**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER



FILED

JAN - 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET, <br><br> Plaintiffs, <br><br> vs. <br><br> SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT, BRYANSTONE L.C., a Florida Limited Liability Company, ORLANDO INVESTMENTS, L.L.P., a Missouri Limited Liability Partnership, CROWN DIVERSIFIED INDUSTRIES CORP., a Missouri Corporation, GEMINI CONSULTING GROUP, INC., a Missouri Corporation, JOE H. SCOTT, SR., and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No. CV 09 0005 <br><br> **COMPLAINT FOR LIQUIDATED DAMAGES FOR VIOLATIONS OF CALIFORNIA BUSINESS & PROFESSIONS CODE §17529.5** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs ASIS INTERNET SERVICES (hereafter "**ASIS**"), a California corporation, an Internet Service Provider; and **JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET** (hereafter "**FOGGY**") an Internet Service Provider, complain of Defendants **SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT, BRYANSTONE L.C., a Florida Limited Liability Company, ORLANDO INVESTMENTS, L.L.P., a Missouri Limited Liability Partnership, CROWN DIVERSIFIED INDUSTRIES CORP., a Missouri Corporation, GEMINI CONSULTING GROUP, INC., a Missouri Corporation, JOE H. SCOTT, SR. and DOES ONE through FIFTY, inclusive**, and alleges violations of *California*

1  *Business and Professions Code* §17529.5(a) and request liquidated damages and attorney

2  fees authorized as remedies under *California Business and Professions Code*

3  §17529.5(b)(1)(B) and (C).

4  ## JURISDICTION AND VENUE

5  1.    This Court has diversity jurisdiction of this action pursuant to 28 *USC* §1332 for

6  disputes between citizens of different states where "the matter in controversy exceeds the sum

7  or value of $75,000, exclusive of interest and costs." 28 *USC* §1332. The amount in

8  controversy is $9,674,000, the Plaintiffs are citizens of California and the Defendants are

9  citizens of Florida and Missouri.

10  2.    Defendants have purposely availed themselves of the privileges of conducting

11  activities in the forum, the email advertisements are the subject of the action, and exercise of

12  jurisdiction is reasonable since Defendants should have known that they would be subject to

13  the jurisdiction and laws of the forum when Defendants had mass commercial email

14  advertisements containing misleading and deceptive statements sent in violation of *California*

15  *Business & Professions Code* §17529 to persons at Northern California Internet Service

16  Providers. *Dole Food Co., Inc. v. Watts*, 303 F.3d 1104 at 1112-1114 (9th Cir., 2002) (where

17  the court found that a foreign corporation that communicated directly and substantially with the

18  plaintiffs with the purpose of harming the plaintiffs had expressly aimed their acts at the forum

19  state); *Asis Internet Services v. Imarketing Consultants, Inc.*, Slip Copy, 2008 WL 2095498

20  at *3 N.D.Cal.,2008 (where the court found specific jurisdiction based on defendant sending

21  mass emails to persons in the forum); *Aitken v. Communications Workers of America*, 496

22  F.Supp.2d 653 at 659 (E.D. Va., 2007); *Verizon Online Services, Inc. v. Ralsky*, 203

23  F.Supp.2d 601 at 611-620 (E.D. Va., 2002); and *Internet Doorway, Inc. v. Parks*, 138

24  F.Supp.2d 773 at 779-780 (S.D. Miss., 2001).   These advertisements represent a request to

25  do business with the intended recipients and establish contractual relationship with the

26  intended recipients.    These email advertisements therefore establish the existence of

27  deliberate and continuing obligations with residents of the forum state, California.  Therefore,

28  Defendants: "has availed itself of the privilege of conducting business there, and because its

1 activities are shielded by 'the benefits and protections' of the forum's laws it is presumptively
2 not unreasonable to require it to submit to the burdens of litigation in that forum as well."
3 **Burger King Corp. v. Rudzewicz,** 471 U.S. 462 at 476 (1985).

4     3.     Venue is proper in this Court pursuant to 28 **USC** §1391(a)(2) and is founded on
5 the fact that a substantial part of the unlawful actions of the Defendants occurred in this judicial
6 district, that is the emails were sent to Email and Internet Service Providers in Garberville,
7 California, and Eureka, California.

8 **FACTUAL ALLEGATIONS**

9     4.     Plaintiffs are informed and believe and based thereon allege that Defendant
10 **SUMMER BAY PARTNERSHIP,** is and was at all times relevant herein a business located at
11 address 25 Town Center Boulevard, Suite C, Clermont, Florida 34711. Plaintiffs are informed
12 and believe and based thereon allege that Defendant **SUMMER BAY PARTNERSHIP**
13 **(hereafter "SBP")** is a Florida Partnership.

14     5.     Plaintiffs are informed and believe and based thereon allege that Defendant,
15 **BRYANSTONE L.C.**, is and was at all times relevant herein a business located at address
16 1065 Executive Parkway Drive, Suite 300, St. Louis, Missouri 63141, with agent offices at 25
17 Town Center Boulevard, Suite C, Clermont, Florida 34711. Plaintiffs are informed and believe
18 and based thereon allege that Defendant **BRYANSTONE L.C., (hereafter "BLC")** is a Florida
19 Limited Liability Company and a named Partner in **SUMMER BAY PARTNERSHIP**.

20     6.     Plaintiffs are informed and believe and based thereon allege that Defendant,
21 **ORLANDO INVESTMENTS, LLP,** is and was at all times relevant herein a business located at
22 address 1065 Executive Parkway Drive, Suite 300, St. Louis, Missouri 63141, with agent
23 offices at 25 Town Center Boulevard, Suite C, Clermont, Florida 34711. Plaintiffs are informed
24 and believe and based thereon allege that Defendant **ORLANDO INVESTMENTS, LLP,**
25 **(hereafter "OI")** is a Missouri Limited Liability Partnership administratively dissolved by the
26 State of Missouri, operating as a foreign Limited Liability Company in Florida, and a named
27 Partner in **SUMMER BAY PARTNERSHIP**.

28     7.     Plaintiffs are informed and believe and based thereon allege that Defendant,

1  CROWN DIVERSIFIED INDUSTRIES CORP., is and was at all times relevant herein a
2  business located at address 1065 Executive Parkway Drive, Suite 300, St. Louis, Missouri
3  63141, with agent offices at 1065 Executive Parkway Drive, Suite 300, St. Louis, Missouri
4  63141. Plaintiffs are informed and believe and based thereon allege that Defendant CROWN
5  DIVERSIFIED INDUSTRIES CORP. (hereafter "CDIC") is a Missouri Corporation and the
6  named Managing Partner in the administratively dissolved LLP of ORLANDO INVESTMENTS,
7  LLP. Under Florida statutes a manager or member of a dissolved limited liability partnership is
8  personally liable for the debts, obligations, and liabilities of the LLP. Florida 2008 Statutes
9  §608.4481(4).

10     8.    Plaintiffs are informed and believe and based thereon allege that Defendant,
11  GEMINI CONSULTING GROUP, INC., is and was at all times relevant herein a business
12  located at address 1065 Executive Parkway Drive, Suite 300, St. Louis, Missouri 63141, with
13  agent offices at 1065 Executive Parkway Drive, Suite 300, St. Louis, Missouri 63141. Plaintiffs
14  are informed and believe and based thereon allege that Defendant GEMINI CONSULTING
15  GROUP, INC., (hereafter "GCG") is a Missouri Corporation and a named Partner in the
16  administratively dissolved LLP of ORLANDO INVESTMENTS, L.L.P. Under Florida statutes
17  a manager or member of a dissolved limited liability partnership is personally liable for the
18  debts, obligations, and liabilities of the LLP. Florida 2008 Statutes §608.4481(4).

19     9.    Plaintiffs are informed and believe and based thereon allege that Defendant,
20  JOE H. SCOTT, SR., is and was at all times relevant herein an individual with a business
21  address of 1065 Executive Parkway Drive, Suite 300, St. Louis, Missouri 63141. Plaintiffs are
22  informed and believe and based thereon allege that JOE H. SCOTT, SR. (hereafter
23  "SCOTT") is the partner, managing partner, president, and/or director for each of the
24  aforementioned Corporations, LLPs, and/or Partnerships. Plaintiffs are informed and believe
25  and based thereon allege that Defendant SCOTT created and manages the companies of
26  SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT, BRYANSTONE L.C.,
27  ORLANDO INVESTMENTS, L.L.P., CROWN DIVERSIFIED INDUSTRIES CORP., and
28  GEMINI CONSULTING GROUP, INC., to avoid liability for his illegal false advertising activities

1 | as described in this complaint.

2 | "As the separate personality of the corporation is a statutory
3 | privilege, it must be used for legitimate business purposes and
4 | must not be perverted. When it is abused it will be disregarded and
| the corporation looked at as a collection or association of
4 | individuals, so that the corporation will be liable for acts of the
5 | stockholders or the stockholders liable for acts done in the name of
| the corporation." ***Mesler v. Bragg Management Co.*** (1985), 39
6 | Cal.3d 290 at 300 [702 P.2d 601].

7 |     10.    Plaintiffs are informed and believe and therefore allege that Defendant **SUMMER**

8 | **BAY RESORT** is an alias or agent for Defendant **SBP**.   See the Terms and Conditions and

9 | the Privacy Policy for **SUMMER BAY RESORT** attached hereto as Exhibit "A" which state:

10 | "The Owner/Developer of Summer Bay Resort is Summer Bay Partnership, located at 25 Town

11 | Center Boulevard, Suite C, Clermont, Florida 34711."

12 |     11.    Plaintiffs **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER** do not know

13 | the true names and capacities of defendants **SUMMER BAY PARTNERSHIP, dba SUMMER**

14 | **BAY RESORT, BRYANSTONE L.C., ORLANDO INVESTMENTS, L.L.P., CROWN**

15 | **DIVERSIFIED INDUSTRIES CORP., GEMINI CONSULTING GROUP, INC., JOE H. SCOTT,**

16 | **SR., and DOES ONE through FIFTY, inclusive**, their business capacities, their ownership

17 | connection to the business(s), nor their relative responsibilities in causing the violations of

18 | ***California Business and Professions Code*** §17529.5 and other violations herein

19 | complained of, and alleges, on information and belief, a joint venture and common enterprise

20 | by all such defendants. Plaintiffs are informed and believe that each of the defendants herein,

21 | including **DOES ONE to FIFTY, inclusive**, is the agent, ostensible agent, master, servant,

22 | employer, employee, representative, franchiser, franchisee, joint venture, partner, and

23 | associate, or such similar capacity, of each of the other defendants, and was at all times acting

24 | and performing, or failing to act or perform, with the authorization, consent, permission or

25 | ratification of each of the other defendants, and is responsible in some manner for the acts and

26 | omissions of the other defendants in legally causing the violations and damages complained of

27 | herein, and have approved or ratified each of the acts or omissions of each other defendant,

28 | as herein described. Plaintiffs will seek leave to amend this Complaint when the true names,

1   capacities, connections and responsibilities of defendants **SUMMER BAY PARTNERSHIP,**
2   **dba SUMMER BAY RESORT, BRYANSTONE L.C., ORLANDO INVESTMENTS, L.L.P.,**
3   **ORLANDO INVESTMENTS, L.L.P., CROWN DIVERSIFIED INDUSTRIES CORP., GEMINI**
4   **CONSULTING GROUP, INC., JOE H. SCOTT, SR., and DOES ONE through FIFTY,**
5   **inclusive**, are ascertained.

6       12.     Plaintiffs are informed and believe and therefore allege that all named
7   Defendants, including **DOES ONE to FIFTY, inclusive**, conspired to commit the acts
8   described herein, or alternatively, aided and abetted one another in the performance of the
9   wrongful acts hereinafter alleged.

10      13.     Plaintiff **ASIS** is a California corporation registered to do business in California
11  and is located in Garberville, California. **ASIS** provides Internet service and email service
12  within the meaning of *California Business & Professions Code* §17529.5. **ASIS** received
13  the emails at issue while performing services as an internet access provider and email service
14  provider for its customers.

15      14.     Plaintiff **FOGGY** is a sole proprietorship located in Eureka, California. **FOGGY**
16  provides internet and email service within the meaning of *California Business & Professions*
17  *Code* §17529.5. **FOGGY** received the emails at issue while performing services as an internet
18  access provider and email service for its customers.

19      15.     Plaintiffs are informed and believe and based thereon allege that Defendants
20  advertised in **3,622** commercial electronic mail advertisements sent to Plaintiff **ASIS'** protected
21  computers from June 5, 2007, through December 11, 2008, with a subject line that a person
22  would know would be likely to mislead a recipient, acting reasonably under the circumstances,
23  about a material fact regarding the contents and subject matter of the message.

24      16.     Plaintiffs are informed and believe and based thereon allege that Defendants
25  advertised in **6,052** commercial electronic mail advertisements sent to Plaintiff **FOGGY's**
26  protected computers from June 5, 2007, through December 11, 2008, with a subject line that a
27  person would know would be likely to mislead a recipient, acting reasonably under the
28  circumstances, about a material fact regarding the contents and subject matter of the

1 | message.

2 |     17.    Plaintiffs state that the email accounts that the **3,622** commercial emails sent to
3 | **ASIS** accounts did not solicit the emails. Plaintiffs state that some of the email accounts that
4 | the **6,052** commercial emails sent to **FOGGY** accounts did not solicit the emails. These emails
5 | were unsolicited because they were sent to unassigned or inactive email accounts owned by
6 | **ASIS** and **FOGGY**. **ASIS** did not solicit any product, service, or information from any entity
7 | using these email accounts. **FOGGY** did not solicit any product, service, or information from
8 | any entity using these email accounts.

9 | **FIRST CAUSE OF ACTION**
10 | **(Violation of *California Business and Professions Code* §17529.5**<br>**Unlawful activities relating to commercial email advertisements.)**

11 |     18.    Plaintiffs refer to the allegations of preceding paragraphs of this complaint and
12 | incorporate the same herein by this reference as though set forth in full.

13 |     19.    Plaintiffs are informed and believe and based thereon allege that the Defendants
14 | advertised in **9,674 (3,622** to **ASIS** and **6,052** to **FOGGY)** separate unsolicited electronic mail
15 | advertisements sent to plaintiffs' computers that include various subject lines that were false
16 | and misleading and would be likely to mislead a recipient, acting reasonably under the
17 | circumstances, about a material fact regarding the contents or subject matter of the message
18 | in violation of ***California Business and Professions Code*** §17529.5(a)(3). Plaintiffs allege
19 | that the "circumstances" required are plainly visible in the actual subject lines of the emails.
20 | The email subject lines received by Plaintiffs were clearly intended to get someone to open the
21 | email by enticing them with free gifts such as: "Experience Up To 4 Nights On Us - Click For
22 | Resort Destinations", "You\'ve Been Awarded 4 Free Nights In Cancun Or Napa", and "Final
23 | Attempt: You've Been Awarded 4 Free Nights In Cancun" See Sample emails in Exhibit "B"
24 | and see a complete list of subject lines appearing in the emails at Exhibit "C." 15 ***USC*** §45 is
25 | titled "Unfair methods of competition unlawful; prevention by Commission" and enables the
26 | Federal Trade Commission to issue orders regarding unfair trade practices. 15 ***USC*** §45(d)
27 | provides that the orders of the Commission are exclusive unless overturned by the United
28 | States Court of Appeals. The FTC has issued 16 ***CFR*** part 251, "Guide concerning use of the

1 word 'free' and similar representations." The California Courts have found that the FTC has
2 used the reasonable consumer standard adopted by California in claims for false advertising in
3 development of the FTC's rules concerning false advertising and that those rules apply.
4 (*Lavie v. Procter & Gamble Co.* (2003) 105 Cal.App.4th 496, 512-513 [129 Cal.Rptr.2d 486]).
5 16 *CFR* Part 251 states that the terms of the offer should be set out clearly and conspicuously
6 at the outset of the offer so that no misunderstanding can occur. The email subject lines
7 represent that the recipient has received a free trip. 16 *CFR* part 251 clearly states that the
8 requirements for participation must appear within the same page of the offer and must be
9 conspicuous. Some of the emails contain a statement at the bottom that the advertisement is
10 being used for "purpose of soliciting sales of vacation ownership plans." Some of the emails
11 do not contain any such notice. See Sample emails in Exhibit "B." None of the emails
12 describe any terms or conditions to receive the free trips. Once the recipient clicks on the
13 active links in the email they are taken to one of several landing pages where they must submit
14 personal information to continue. See Exhibit "D" for sample Landing Pages. At this point the
15 recipient is given an opportunity to review the Privacy Policies and Terms and Conditions to
16 acquire the free gifts. However the Terms and Conditions are contained in a small box
17 containing less than 2 lines of the actual text of the T&Cs. They must use this small box to
18 scroll through two and a half pages (approximately 50 lines per page) of single spaced text to
19 find out the actual Terms and conditions of the offer. See Exhibit "D" for sample Landing
20 Pages and Exhibit "A" for a sample Terms & Conditions from various Landing Pages. Only by
21 carefully reading the T&Cs can the recipient discover that this free offer is actually a solicitation
22 for Time Share sales. The recipient is required to provide a credit card and $200 deposit at
23 check-in that will be refunded at check-out minus "applicable damages and/or fees incurred as
24 a result of or your stay in the accommodations assigned to you." Recipient and guests must
25 attend a 90 minute sales presentation, failure to attend results in a charge to your account of
26 the full retail value of the free trip. Various other terms and conditions are required to get the
27 free trip. None of these requirements are stated in any manner in the email advertisements.
28 The subject lines are clearly intended to trick the recipients into thinking they are getting a free

1  trip in order to entice them into opening and responding to the emails. There is not a clear and
2  conspicuous notice contained in the emails as required by 16 *CFR* part 251. The email subject
3  lines are in violation of 16 *CFR* part 251 and therefore in violation of *California Business and*
4  *Professions Code* §17529.5(a)(3). This also represents a violation of 16 *CFR* part 238
5  Section 238.2 Initial Offer, which states: "(a) No statement or illustration should be used in any
6  advertisement which creates a false impression of the grade, quality, make, value, currency of
7  model, size, color, usability, or origin of the product offered, or which may otherwise
8  misrepresent the product in such a manner that later, on disclosure of the true facts, the
9  purchaser may be switched from the advertised product to another; (b) Even though the true
10  facts are subsequently made known to the buyer, the law is violated if the first contact or
11  interview is secured by deception."

12      20. **California Business and Professions Code** §17529.5 is part of the California
13  False Advertising Law (**Business and Professions Code** §17500 et seq.) and requires that
14  the plaintiff allege falsification, misrepresentation, or forgery. The California courts have
15  interpreted this language to mean that the plaintiff must plead averments of fraud. Fraud as it
16  relates to The **California False Advertising Law** is defined by the courts as requiring a
17  showing of misleading or deceitful statements, knowledge and intent to deceive. (**Colgan v.**
18  **Leatherman Tool Group, Inc.,** 135 Cal.App.4th 663 at 682, 38 Cal.Rptr.3d 36 (2006).)

19      21. Plaintiffs are informed and believe and based thereon allege that Defendants
20  advertised in the **9,674** subject emails with misleading or deceitful statements, knowledge, and
21  intent to deceive.

22      22. Plaintiffs are informed and believe and based thereon allege that these email
23  advertisements are a clear attempt at "bait and switch" advertising intended to fleece the
24  California consumer. The bait is provided by the offer of a free trip and the switch is the
25  undisclosed requirement to post a credit card, post a default payment, and to participate in
26  time share sales presentations.

27      23. Plaintiffs are informed and believe and based thereon allege that Defendants
28  advertised in the **9,674** subject emails with misleading or deceptive statements, knowledge,

1 | and intent to deceive. Plaintiffs are informed and believe and based thereon allege that the
2 | false subject lines as discussed above would deceive a reasonable consumer by tricking them
3 | into thinking they are getting a free trip, and by concealing the information that they must
4 | provide significant personal information, provide a credit card deposit of $200 and endure a 90
5 | minute Time Share sales pitch to get the free trip; and are therefore misleading and deceitful
6 | statements.

7 |     24.    Plaintiffs are informed and believe and based thereon allege that Defendants did
8 | not place the terms and conditions of the offer in the emails indicating an intent of deceiving
9 | the recipient by concealing the offer terms.

10 |     25.    Plaintiffs are informed and believe and based thereon allege that **9,674** emails
11 | containing misrepresentations were sent to multiple email accounts at Plaintiffs' email services,
12 | indicating an intent to deceive through mass duplication.

13 |     26.    The actual terms and conditions for getting the free trips are not included
14 | anywhere in the email indicating an intent to deceive by not providing information to correct the
15 | misrepresentation when the opportunity arises.

16 |     27.    The presentation of the terms and conditions in a small box that the recipient
17 | must scroll through with significant effort indicates an intent to deceive by concealing the actual
18 | terms and conditions of the offer.

19 |     28.    All of the advertisements were addressed to consumer accounts with domain
20 | names owned by **ASIS** or **FOGGY**. Plaintiffs are informed and believe and based thereon
21 | allege knowledge of the advertisements and where they were being sent based on the header
22 | information in the subject emails and statements in the emails that they are advertisements for
23 | "Summer Bay Resorts". See Sample emails in Exhibit "B"

24 |     29.    As a proximate result of said unlawful conduct by said Defendants, Plaintiffs are
25 | entitled to liquidated damages in the amount of $1,000.00 for each unsolicited commercial
26 | email transmitted in violation of *California Business and Professions Code* §17529.5(a) as
27 | set forth in *California Business and Professions Code* §17529.5(b)(1)(B)(ii).

28 |     30.    Plaintiffs furthermore seek their attorney fees and costs against the defendants

1   pursuant to *California Business and Professions Code* §17529.5(b)(1)(C).

2       **WHEREFORE**, plaintiffs pray judgment against the defendants and each of them as

3   follows:

4       1.      For liquidated damages of $1,000.00 for each violation of *California Business*

5   *and Professions Code* §17529.5(a) in the sum of **$9,674,000**;

6       2.      For an award of reasonable attorneys' fees and costs according to proof;

7       3.      For costs of suit; and

8       4.      For such other and further relief as this Courts deems just and proper.

9                                   SINGLETON LAW GROUP

10

11  Dated:      December 31, 2008
                                    Jason K. Singleton

12                                  Richard E. Grabowski,
                                    Attorneys for Plaintiffs, **ASIS INTERNET SERVICES**

13                                  **and JOEL HOUSEHOLTER, dba FOGGY.NET**

14

15                          **REQUEST FOR JURY TRIAL**

16      Plaintiff hereby requests a jury for all claims for which a jury is permitted.

17                                  SINGLETON LAW GROUP

18

19  Dated:      December 31, 2008
                                    Jason K. Singleton

20                                  Richard E. Grabowski
                                    Attorneys for Plaintiffs, **ASIS INTERNET SERVICES**

21                                  **and JOEL HOUSEHOLTER, dba FOGGY.NET**

22

23

24

25

26

27

28

COMPLAINT FOR LIQUIDATED DAMAGES                11

# Exhibit A

EXHIBIT "A" (COPIED FROM EMAILS SET FORTH IN EXHIBIT "B")

Terms and Conditions:

1. Hotels require two forms of identification upon check-in. A valid driver's license, Military ID or Passport and a Visa, Master Card, American Express, Discover or Diners Club credit card for property damage security, taxes and room charges. A refundable security deposit of up to $200.00 is required at the time of check in at the resort and will be refunded at time check-out minus applicable damages and/or fees incurred as a result of or your stay in the accommodations assigned to you. (Refundable deposit will be credited back to payment method provided at time of check in.)

2. In order to qualify for the accommodations offered in the destinations described in this promotional package, you are required to attend a 90 minute courteous sales presentation and tour of our sponsoring resort properties. (Approx. 90 minutes during breakfast or lunch on a day designated by the resort, during your stay.) If you fail to attend the required presentation you will be charged the retail value (full rate) for the accommodations you received.

3. This offer is designed for couples and families traveling together for recreational and vacation purposes, not to exceed a maximum of four (4) people per offer (four (4) person max. party mix is acceptable as long as both parties meet participation requirements). Additional accommodations may be purchased to accommodate larger families. Not designed for use on business travel.

4. To participate you must be at least 23 years of age and gainfully employed. If married both husband and wife must attend the tour and sales presentation together. Non-married couples must travel and attend the tour together. Full time students do no qualify for this offer, unless they meet and can verify the stated income requirement as noted in the Terms of Promotion.

5. This special offer is limited to one per household or family. No group travel allowed on this special promotional rate. Group travel is considered two or more couples traveling together on the same package arriving or staying at the same destination on the same or alternate date.

6. Additional rooms or nights may be purchased at the time of booking. Rates may vary by season. All room accommodations are in a hotel or motel or condos in the resort area and are subject to the availability of Summer Bay Resort room allotments.

7. This offer may not be used in conjunction with any promotional offer or for use with another vacation ownership week. Two or more offers may not be used within a 6 month period to stay at the same resort area and a maximum of two promotional offers per year per guest(s).

8. Guests are responsible for all applicable State and Federal taxes. A $15 per night reservation fee will be collected at time of booking and may be applied on your behalf to cover hotel taxes at our Orlando destinations. In room safe, long distance phone service, resort amenity fees and room service fees are extra and are the responsibility of guest. Some accommodation destinations require a $50-$100 refundable deposit collected at time of booking. If you fail to show up (NO SHOW) for a scheduled reservation, you will be charged a nonrefundable fee of $75.00.

Terms of Promotion

This vacation package is an offer designed to promote vacation ownership plans for households with a combined income over $40,000. Income level greater or lesser than package description is not a disqualifying factor of participation. This offer supersedes all other representations made in regard to this offer, verbal or written. Bearer shall receive the benefits and services described on the first page of this purchase confirmation in exchange for the charges agreed to be paid by participant. Participant understands that the payment vehicle in which he or she provided for payment at the time of offer, either credit card or check draft, shall be automatically debited on the day of the initiation of their order. THE PURCHASER HAS FULL RIGHT TO CANCEL HIS/HER ORDER AT NO PENALTY WITHIN 7-DAYS FROM THE INITIATION OF THEIR ORDER. Cancellation will revoke all benefits including use of any room nights, attraction tickets or other Travel Benefits provided by vendors. The packages fee is non-refundable 7 days after the order date unless otherwise provided for in writing specifically by Summer Bay Resort. Participant must use vacation package within 12 months of purchase and Travel must be completed within 18 months, unless otherwise offered and agreed to by consumer and Summer Bay Resort. Additional surcharges will apply to holiday and peak periods. The retail value of this package varies based on the season. Failure to attend the sales presentation may result in the charge of the retail value of accommodations. Additional surcharges will apply to holiday and peak periods. During peak periods, conventions, holidays or when Summer Bay Resort room allotment is full, Summer Bay Resort reserves the right to substitute a different premier resort destination or hotel accommodations in accordance with room resort availability. Participant may reschedule one time with no reschedule penalty. In the event the participant changes dates subsequent to the first rescheduled date, a fee of $50 will apply for each change requested thereafter. If you notify Summer Bay Resort of changes to your travel prior to 21 Days of arrival your reservation guarantee will be non refundable and retained on your account for future use. Failure to notify us of any changes to your vacation within 21 Days and under prior to Check-in will result in the immediate forfeiture of your reservation guarantee. If you fail to notify Summer Bay Resort within 7 Days or less prior to assuming reservations you may be accessed a Surcharge representing a one night's retail rental charge for the accommodations you reserved (Standard Accommodations $75.00, Premium Accommodations $90.00, Condo Accommodations $120.00). Airfare, transportation, taxes, meals and other incidental costs are not included in this offer and are the responsibility of the purchaser. This is an advance purchase package. Travel related benefits such as Cruise, or other accommodation provider of such travel related benefits, is responsible for the benefits to which it offers and each have independent terms and conditions to which each is responsible for providing to the purchaser in conjunction with such offers independent of Summer Bay Resort terms and conditions. This offer expires November 13, 2010. This is not an offer to sell, or a solicitation of an offer to buy to residents of any state, region or area in which registration, if so required by law for such resort, common carrier or supplier has not been completed. NJ Reg#99/4-872. This offer is not for retail sale and invalid if purchased, bartered, auctioned or not acquired from an authorized sponsor. This offer has no cash value. This offer shall be replaced by an offer of equal or greater value from The Resort on Cocoa Beach for any residents who wish to participate from the State of New York. This offer may be replaced by an offer of equal or greater value from River Pointe Resort, NAPA Valley CA. or Worldwide Travel for any residents who wish to participate from the State of California, Oregon, or Washington. For Missouri Residents: This Notice is provided for compliance with the Missouri Merchandising Practices Act, Chapter

407.610, and as required, a copy has been filed with the Attorney General of Missouri. For Australian Residents: This Notice is provided in compliance with the Consumer Affairs Victoria, Fair Trading Act 1999, Division 2A, Section 67E. This vacation offer may not be used in conjunction with or in place of any other vacation or promotional offer and is invalid for use by distributing agents and their employees.  Summer Bay Resort assumes no responsibility for any verbal or written representations made in conjunction with this offer other than those specifically included in this offer.  Summer Bay Resort reserves the right to alter its Terms and Conditions and Terms of Promotions as deemed necessary by operational procedures or as otherwise mandated by State Laws. The Owner/Developer of Summer Bay Resort is Summer Bay Partnership, located at 25 Town Center Boulevard, Suite C, Clermont, Florida 34711, telephone #352-242-1100. You may contact our customer care center at the following email address with questions regarding your discounted accommodations package purchase at customercare@summerbayresort.com or you may call our customer care center at 888-782-9847.

This advertising material is being used for the purpose of soliciting sales of vacation ownership plans.

# EXHIBIT

# B

**From:**    "Sedona Arizona"
             <SedonaArizona@hostmarketingeleven.com>
**To:**      <xxxxxxxx@asis.com>
**Sent:**    Thursday, November 06, 2008 7:17 AM
**Subject:** Claim Two Nights F ree in Sedona, Arizona!

Awaken your senses with a complimentary 3 Day / 2 Night stay in Sedona, Arizona!


http://hostmarketingeleven.com/sedohr?
e=86bOOQzDD9LRhR78tS&m=9549312&l=0&email=xxxxxxx@asis.com


See beautiful Red Rock Country with this limited - time promotion compliments
of
Summer Bay Resort.

No purchase required - Click now for access to Toll -Free reservations!

http://hostmarketingeleven.com/sedohr?
e=2HAJJxl11R5UvU8TYj&m=9549312&l=0&email=xxxxxxxx@asis.com




*This promotion is open to U.S. and Canadian residents, 23 years of age and
older.Employees of Summer bay Resorts, their immediate family members,and
persons living in the household of each are not eligible to participate.
No Purchase for on-line offers are required to complete,
and traveler is responsible for all applicable incidental, hotel taxes and
transportation costs.Accommodation are subject to availability.See terms and
conditions for complete details.

This advertisement is brought to you by Summer Bay Resorts.
This advertising material is being used for the purpose of soliciting sales of
vacation ownership periods.




To discontinue future offers:
http://hostmarketingeleven.com/sedohr?e=9Njeesn55Y2KwK7.bM&m=9549312&l=1
or write to:
Summer Bay Resorts at 4044 W. Lake Mary Blvd., Unit #104-419 Lake Mary, FL
32746-2012.

If you xxxxxxx@asis.com - would like to leave our services - please write us at:

N.O.Marketing/444/North/Michigan/Avenue/12th/Floor/Chicago/IL/60611

or proceed here to leave faster

http://hostmarketingeleven.com/unsub.php?e=xxxxxxx@asis.com&m=9549312

<1;86bOOQzDD9LRhR78tS;9549312>

**From:**      "Summer Bay Resorts" <return@making-clam.com>
**To:**        <xxxxxx@asis.com>
**Sent:**      Saturday, October 27, 2007 2:18 AM
**Subject:**   Re:Be Our Guest In Vegas For 2 Nights -
               Oct.25,2007

Experience Las Vegas With a Free Two Night Stay!
SummerBay Resort invites you to be our guest for three days and two nights and enjoy all the
fun and excitement Vegas and our luxury
resort has to offer.

Go to reserve your spot

http://making-clam.com/t/c/1185/summer07gi2/tz457075.html

This promotion is open to U.S. and Canadian residents 18 years of age or older. No purchases or offers are required to complete, and traveler is responsible for applicable hotel taxes. See terms and conditions inside for complete details on this promotion.

This advertisement is brought to you by ExperienceSummerBayResorts.com.
To discontinue future offers, http://making-clam.com/t/c/1187/summer07gi2/tz457075.html click here or write to
ExperienceSummerBayResorts at 3300 W Lake Mary Blvd, Ste 300, Lake Mary, FL 32746.


 No more mail:
http://making-clam.com/index.php?l=summer07gi2&e=xxxxxxx@asis.com
This message was sent to: xxxxxxx@asis.com
X-making-clam.com-Recipient: xxxxxx@asis.com
X-making-clam.com-Userid: summer07gi2
making-clam.com
5 Brewster St. #130
Glen Cove, NY 11542 // xtz457075xsummer07gi2x
making-clam.com is not responsible for third party offers, services or products and makes no representations or warranties regarding them.

**From:** "Fall Foliage" <tiffany@cparocketdevelopment.com>
**To:** <xxxxxxxxxx@foggy.net>
**Sent:** Tuesday, September 30, 2008 6:12 AM
**Subject:** [QUAR] Enjoy Two Complimentary Nights in Gatlinburg TN!

Dear lowpockets@foggy.net,

Escape this Fall to the Great Smoky Mountains and receive Two Nights absolutely Free!

http://www.cparocketginn.com/click.cgi?
sid=112740535&cid=418313&ed=15033&eip=8632&ld=15380&lip=8632&url=t1

Limited - Time Offer Compliments of Gatlinburg Town Square!

Click Here Now

http://www.cparocketginn.com/click.cgi?
sid=112740535&cid=418313&ed=15033&eip=8632&ld=15380&lip=8632&url=t2

To discontinue future offers, visit:
http://www.cparocketginn.com/click.cgi?
sid=112740535&cid=418313&ed=15033&eip=8632&ld=15380&lip=8632&ic=1&url=t3
Or write to:
Experience Summer Bay Resorts
4044 W. Lake Mary Blvd.
Unit #104-419
Lake Mary, FL 32746-2012

To no longer receive ADVERTISEMENTS from cparocketginn.com:
http://www.cparocketginn.com/unsub.cgi?cid=418313
or write to:
cparocketginn.com
CPA Rocket

7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128

If the above link is not functional, please reply
to this message with "Unsubscribe" in the subject

**From:** "Outer Banks Getaway" <noreply@shampimpersonatel.com>
**Subject:** [QUAR] Enjoy Two Complimentary Nights in Hilton Head, SC
**Date:** December 8, 2008 11:52:16 AM PST
**To:** xxxxxxxx@foggy.net

## ESCAPE FROM THE ORDINARY WITH A
## COMPLIMENTARY* 3-DAY/2-NIGHT STAY AT



Limited Time Offer / No Purchase Required          Sponsored by *Summer Bay Resorts*

*This promotion is open to U.S. and Canadian residents, 23 years of age and older. Employees of Summer bay Resorts, their immediate family and members, and persons living in the household of each are not eligible to participate. No Purchase for on-line offers are required to complete, and traveler is responsible for all applicable incidental, hotel taxes and transportation costs. Accommodation are subject to availability. See terms and conditions for complete details. This advertisement is brought to you by SummerBayResorts.com.

To discontinue future offers, click here or write to SummerBayResorts.com at 4044 W. Lake Mary Blvd., Unit #104–419 Lake Mary, FL 32746-2012.

This advertising material is being used for the purpose of soliciting sales of vacation ownership plans.

**From:** "Villas Sol Resort" <noreply@intrare.org>
**Subject:** [QUAR] Free 4 Night All Inclusive Stay In Costa Rica - Compliments of Villas Sol!
**Date:** November 4, 2008 6:05:16 PM PST
**To:** xxx@foggy.net



This promotion is open to U.S. and Canadian residents, 21 years of age or older.
Employees of experiencevillas-sol.com, their immediate family members,
and persons living in the household of each are not eligible to participate.
*No purchases or on-line offers are required to complete, and traveler is responsible for applicable hotel taxes.
See terms and conditions for complete details.
This advertisement is brought to you by experiencevillas-sol.com.
To discontinue future offers, click here or write to ExperienceVillas-sol.com at 4044 W. Lake Mary Blvd., Unit #104-419 Lake Mary, FL 32746-2012.

This advertising material is being used for the purpose of soliciting sales of vacation ownership periods.

We respect your privacy and will not send you offers if you do not
wish to receive them. To remove yourself from this mailing list,
simply click on the address below:
8930 State Road 84 #202
Davie, FL 33324

# EXHIBIT

# C

Exhibit C                          Subject Lines                          Page 1 of 15

Experience Up To 4 Nights On Us - Click For Resort Destinations
4 Nights On Us - Click For Resort Destinations!
Be Our Guest - Up To 4 Nights Free in Vegas, Cancun, or Napa
Vegas, Cancun, or Napa - Choose Your Free Resort Stay!
Experience Up To 4 Nights On Us - Top Resort Destinations!
Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa
Final Attempt : Claim Your Free Stay in Cancun, Vegas, or Napa!
Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa!
Claim Your Free Resort Stay in Vegas, Cancun, or Napa!
Experience Up To 4 Nights On Us - Click For Resort Destinations!
4 Nights in Cancun, Napa Valley, or Vegas - No Purch. Required.
Vegas, Napa, or Cancun - Up to 4 Nights On Us
Vegas, Napa, or Cancun - Up to 4 Nights Free=?UTF8?Q?=21?=
Be Our Guest In Vegas, Cancun, Or Napa - Choose Your Destination Now
4 Night Luxury Cancun or Napa Vacation - Free
You\'ve Been Awarded 4 Free Nights In Cancun Or Napa
Stay Up To 4 Nights at our Luxury Resorts - Complimentary
Please Be Our Guest In Cancun or Napa - 4 Night Luxury Stay On Us
Vegas, Napa, or Cancun - Up to 4 Nights Free
5 Days and 4 Nights in Cancun, Napa Valley, or Vegas. No Purch. Required.
You decide - Vegas, Napa, or Cancun - Up to 4 days on us. - 17 Jun 2007 02:09:01 -0400
This Summer Take A Vacation On Us - Cancun, Napa or Vegas!
Claim Your Free Resort Stay in Vegas, Cancun, or Napa
Be Our Guest - Up To 4 Nights Free in Vegas, Cancun, or Napa!
Be Our Guest, 4 Nights Free
This Summer Take A Vacation On Us - Cancun, Napa or Vegas
nascarkelly20@asis.com, This Summer Take A Vacation On Us - Cancun, Napa or
Vegas=?UTF8?Q?=21?=
tawnya@asis.com, This Summer Take A Vacation On Us - Cancun, Napa or Vegas=?UTF8?Q?=21?=
This Summer Take A Vacation On Us Cancun, Napa or Vegas
Vegas, Cancun, or Napa - Choose Your Free Resort Stay
Take a Vacation On Us to Vegas, Cancun or Napa Valley
Final Attempt:You've Been Awarded 4 Free Nights In Cancun
Experience Up To 4 Nights On Us
Enjoy A Complimentary 4 Night Luxury Cancun Getaway
4 Night Luxury Cancun Vacation  FREE
Experience 4 Nights in Beautiful Cancun Free
4 Night Luxury Cancun Vacation - Free!
Experience 4 Nights in Beautiful Cancun - Free*!
4 Nights in Cancun On Us - Claim Now
Luxury Cancun Vacation - 4 Nights Free!
You Have Been Awarded 4 Nights in Cancun!
4 Nights in Cancun On Us - Claim Now!
Experience 4 Nights in Beautiful Cancun - Complimentary
4 Night Luxury Cancun Vacation - Complimentary
Cancun - 4 Night Luxury Stay Free!
Experience 4 Nights in Beautiful Cancun - Free*=?UTF8?Q?=21?=
Free Resort Stay - Cancun, Las Vegas or Napa Valley
Experience Up To 4 Nights On Us Click For Resort Destinations

Exhibit C                    Subject Lines

Be Our Guest - Up To 4 Nights Free in Vegas, Cancun, or Napa
Vegas Awaits You - 2 Nights Free
Vegas Awaits You-2 Nights F ree At Summer Bay Resort!
Claim 2 F ree Nights in Vegas
Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa=?UTF8?Q?=21?=
Stay With Us in Las Vegas - 2 Nights Fre e
Be Our Guest In Vegas For 2 Nights - Comp limenatary
Claim Your Compliment ary Vegas Weekend Getaway
Stay With Us in Las Vegas - 2 Nights Fr ee
Vegas Awaits You - 2 Nights Fre e At Summer Bay Resort
Summer Bay Resorts Las Vegas Has Issued You 2 Fre e Nights
Summer Bay Resorts Las Vegas Has Issued You 2 Free Nights
Please Be Our Guest In Cancun - 4 Night Luxury Stay Free!
Vegas Awaits You - 2 Nights F ree
Re: Vegas For 2 Nights - Complimenatary
Re: Vegas -2 Nights F ree At Summer Bay Resort
Re: Vegas Awaits You - 2 Nights F ree
Vegas Awaits You - 2 Nights Free At Summer Bay Resort!
Re: Vegas Awaits You - 2 Nights Comp\'d
Re: Vegas -2 Nights Comp\'d  At Summer Bay Resort
Re: Your 2 Comp\'d  Nights in Vegas
Re: 2 Comp'd Nights in Vegas
Stay With Us in Las Vegas - 2 Nights F ree
Claim Your Complimentary Vegas Weekend Getaway
Claim 2 Fre e Nights in Vegas
Be Our Guest In Vegas For 2 Nights
4 Night Luxury Cancun Vacation - FREE*!
Claim 2 Fre e Nights in Vegas - 23 Aug 2007 14:02:46 -0400
2 Comp'd Nights - Vegas
Vegas - 2 Nights Comp\'d
Re: Vegas For 2 Nights - Comp\'d
2 Nights Comp\'d  @Vegas
2nd attempt: Vegas -2 Nights f ree At Summer Bay Resort
2nd attempt: Your 2 f ree  Nights in Vegas
2nd attempt: Vegas For 2 Nights - on us
Claim 2 Fre e Nights in Vegas -  25 Aug 2007 13:18:22 -0400
Stay With Us in Las Vegas
Be our guests- 2 Nights in Vegas on us
Re:Vegas Awaits You - 2 Nights on us
2nd attempt: Claim 2 Nights f ree in Vegas
Claim Your 2 f ree Nights in Vegas
Claim 2 Free Nights in Vegas!
Stay With Us in Las Vegas  2 Nights Free!
Be Our Guest In Vegas For 2 Nights  Complimentary!
Be Our Guest! You Have Been Invited To Stay With Us For Free In One Of Our 3 Vacation Resorts
Be Our Guest In Vegas For 2 Nights - Complimenatary!
Claim Your Complimentary Vegas Weekend Getaway!
Enjoy A Complimentary 4 Night Luxury Cancun Vacation!
Cancun vacation awarded to Hafenecker, Joan

Cancun vacation awarded to Fellion, Lynn
Cancun vacation awarded to Kroll, Gary
Cancun vacation awarded to LYON, C.J.
Stay With Us in Las Vegas - 2 Nights Free!
Cancun vacation awarded to Hensley, Carolyn
Claim 2 Free Nights in Vegas
Be Our Guest In Vegas For 2 Nights - Complimenatary=?UTF8?Q?=21?=
Be Our Guest In Vegas For 2 Nights  Complimenatary
Vegas Awaits You  2 Nights Free At Summer Bay Resort
Stay With Us in Las Vegas  2 Nights Free
Be Our Guest In Vegas For 2 Nights! See Details.
You Have Been Invited To Stay With Us For Free In One Of Our 3 Vacation Resorts
4 Nights in Cancun On Us
Claim 2 Nights in Vegas On Us=?UTF8?Q?=21?=
Vegas Awaits You - 2 Nights Free At Summer Bay Resort
Be Our Guest In Vegas For 2 Nights - complimenatary
Be Our Guest In Cancun Or Vegas - Up To 4 Nights Free!
Vegas or Cancun - Up To 4 Nights On Us!
Need A Vacation - Complimentary Stay In Cancun Or Vegas!
Reserve Your Complimentary Resort Stay In Cancun Or Vegas!
Vegas or Cancun - The Choice is Yours The Stay is Free!
Be Our Guest In Vegas For 2 Nights - Complimenatary=?UTF8?Q?=21?=
Stay with us in Las Vegas  2 Nights On Us
Stay With Us in Las Vegas - Two Nights On Us
4 Night Luxury Cancun Vacation - F ree
Claim-4 Nights in Cancun On Us
Stay With Us in Las Vegas - 2 Nights
2nd Attempt: 4 Night Luxury Cancun Vacation - F ree
2nd Attempt:Claim-4 Nights in Cancun On Us
Be Our Guest In Vegas For 2 Nights - Complimentary!
4 Nights in Cancun On Us - Claim Now=?UTF8?Q?=21?=
Vegas, Napa, or Cancun Up to 4 Nights Free
Final Attempt: 4 Night Luxury Cancun Vacation - F ree
Final Attempt:Claim-4 Nights in Cancun On Us
Re:Be Our Guest In Vegas For 2 Nights - Oct.25,2007
Claim Your Complimentary Vegas Weekend Getaway=?UTF8?Q?=21?=
Re:Your 2 F ree Nights in Vegas
Take a vacation on us - Cancun, Napa or Vegas
Re:4 Nights in Cancun On Us
Re:Enjoy A Complimentary 4 Night Luxury Cancun Vacation
Re: You Have Been Awarded 4 Nights in Cancun
Experience 4 Nights in Beautiful Cancun - Free
Joan Hafenecker awarded 4 nights in Cancun!
Carolyn Hensley awarded 4 nights in Cancun!
Kirk Carrico awarded 4 nights in Cancun!
Christine Mcgee awarded 4 nights in Cancun!
Be Our Guest In Vegas For 2 Nights - Complimentary!
Enjoy AComplimentary 4 Night Luxury Cancun Vacation
Be Our Guest In Vegas For 2 Nights - Complimentary

Stay With Us in Las Vegas - 2 Nights Free
Complimentary Bahamas Resort Vacation
Experience The Bahamas - Free Cruise And 3 Night Island Stay!
Be Our Guest For 4 Days and 3 Nights In The Bahamas!
3 Nights Free On Grand Bahamas - No Purchase Required!
Claim Your Complimentary Cruise And 3 Night Island Stay!
Experience Paradise In The Bahamas - 3 Free Nights!
Complimentary Bahamas Resort Vacation
Complimentary Bahamas Resort Getaway for {{01}}
3 Nights Free in the Bahamas - Flamingo Bay Hotel and Yacht Club
3 Nights Free On Grand Bahamas - No Purchase Required
Experience Paradise In The Bahamas...3 Free Nights
Re: Vegas Awaits You - 2 Nights Free At Summer Bay Resort!
Re: Claim Your Complimentary Vegas Weekend Getaway!
Re: Be Our Guest In Vegas For 2 Nights - Complimenatary!
Re: Stay With Us in Las Vegas - 2 Nights Free!
Be Our Guest For 4 Days and 3 Nights In The Bahamas
Claim 2 F ree Nights in Vegas! 1/10/09
Come celebrate in the Bahamas with 3 nights FREE!
Be Our Guest In Vegas For 2 Nights_Complimenatary 1/13/08
You have been awarded 4 nights in Cancun
Complimentary Bahamas Resort Vacation 1/17/08
4 days / 3 nights in Bahamas Free
4 Night Luxury Cancun Vacation - F ree*Claim Now
Get a 4 day 3 night vacation on us.
Invitation: 4 days/3 nights in Bahamas *F ree* 1/24/08
Re: Enjoy A Complimentary 4 Night Luxury Cancun Getaway
Get a 5 day and 4 night complimentary stay at Laguna Suites Golf and Spa
You Have Been Awarded 4 Nights in Cancun 1/31/08
Vegas, Napa, or Cancun - Up to 4 Nights Free!
Enjoy a complimentary 4 night luxury Cancun vacation
donna - Have a 4 Night Luxury Cancun Vacation On Us...
2 Nights in Vegas Completely Comp\'d
Vegas Completely Comp'd
2nd attempt:2 Nights in Vegas Completely Comp\'d
You can Get 2 Nights in VEGAS - ON US
Be Our Guest In Vegas For 2 Nights - Complimenatary!
4 Night Luxury Cancun Vacation - FREE*!
Take a F`REE Vacation to Vegas, Cancun or Napa Valley
Be Our Guest In Vegas For 2 Nights - Complimenatary
Be Our Guest Up To 4 Nights in Vegas, Cancun, or Napa
Vegas, Cancun, or Napa Choose Your Free Resort Stay
4 days/3 nights in Bahamas Complimentary
Complimentary Bahamas Resort Vacation for switzer@asis.com
Complimentary Bahamas Resort Vacation for taloola@asis.com
Complimentary Bahamas Resort Vacation for grama@asis.com
Complimentary Bahamas Resort Vacation for angel@asis.com
Complimentary Bahamas Resort Vacation for asm@asis.com
Complimentary Bahamas Resort Vacation for falldown@asis.com

Complimentary Bahamas Resort Vacation for julie@asis.com
Experience Costa Rica With A Complimentary Resort Stay!
4 Night Complimentary Stay In Costa Rica!
Rain Forests, Adventure, Wildlife - Visit Costa Rica On Us!
Be Our Guest In Vegas
You Have Been Awarded 2 Nights in Vegas At Beautiful Summer Bay Resorts=?UTF8?Q?=21?=
Claim Your Complimentary Vegas Weekend Getaway!
4 Night Complimentary Stay In Costa Rica
Experience Costa Rica With A Complimentart Resort Stay
Free 4 Night Stay In Costa Rica - Compliments of Villas Sol!
Free 4 Night All Inclusive Stay In Costa Rica - Compliments of Villas
Experience Costa Rica With A Complimentary All Inclusive Resort Stay!
5 Days/4 Nights Free In Beautiful Costa Rica!
Free 4 Night All Inclusive Stay In Costa Rica - Compliments of Villas Sol!
Be Our Guest - 5 Day 4 Night Free Costa Rica Vacation!
Villas Sol Hotel & Resort Invites You To Costa Rica On Us!
Claim Your Free Weekend Getaway To The Smoky Mountains
Hit The Slopes This Season With Two Free Nights In Killington!
ClaimYour F ree Killington Vermont Ski Weekend Now!
Receive Two Nights Complimentary Stay In Killington Vermont!
Ski Killington And Receive Two Nights Free Accommodations!
F ree Ski Weekend In Killington Compliments Of Summer Bay Resort
FREE Ski Weekend - Two Nights Complimentary Stay In Killington, Vermont
Claim A Free Ski Weekend In Killington ? Compliments of Summer Bay Resorts!
See The Best Fall Foliage With Two Nights F REE in Gatlinburg TN
Claim Your F ree Weekend Getaway To The Smoky Mountains
Claim Your Free Weekend Getaway To The Smoky Mountains!
Get Away This Ski Season With Two Complimentary Nights In Killington!
Claim Your Free Weekend Getaway
The Perfect Family Getaway With Two Nights Free!
Enjoy Two Complimentary Nights in Gatlinburg TN!
Breathtaking Beauty And A Free Resort Stay in Gatlinburg!
Gatlinburg Town Square Invites You To Spend 2 Nights On Us!
See The Best Fall Foliage With Two Nights Free in Gatlinburg TN!
Gatlinburg Town Square Invites You To Spend 2 Nights On Us!
Karen Dorothy See The Best Fall Foliage With Two Nights Free in Gatlinburg TN!
Claim Your Free Weekend Getaway To The Smoky Mountains!
See The Best Fall Foliage With Two Nights Free in Gatlinburg TN!
The Perfect Family Getaway With Two Nights Free!
Enjoy Two Complimentary Nights in Gatlinburg TN!
Breathtaking Beauty And A Free Resort Stay in Gatlinburg!
Complimentary 4 Night Stay at Our Luxury Resort
Claim Two Nights F ree in Sedona, Arizona!
Mind, Body, Spirit- Come to Sedona Arizona On Us
Visit Beautiful Sedona , Arizona With A Two Night Free Stay!
3 Days + 2 Nights Free Stay in Red Rocks Country -- Sedona, Arizona
Claim Two Nights Free in Sedona, Arizona!
Claim Two Nights in Sedona, Arizona.
Hilton Head, SC - 2 Nights FREE Stay - No Purchases Required

Exhibit C                          Subject Lines                          Page 6 of 15

2 Nights in Hilton Head, SC - FREE*!
2 Free Nights in Hilton Head, SC - Summer Bay Resorts
Escape to the Outer Banks for Two FREE Nights!
Enjoy Two Complimentary Nights in Hilton Head, SC!
Claim Your Free Weekend Getaway To The Outer Banks!
lolsen@foggy.net Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa=?UTF8?Q?=21?=
oldbleyth@foggy.net Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa=?UTF8?Q?=21?=
Claim Your Free Resort Stay in Vegas, Cancun, or Napa
Experience Up To 4 Nights On Us-Click For Resort Destinations
Final Attempt: Claim Your Free Stay in Cancun, Vegas, or Napa!
Take A Vacation On Us - Cancun, Napa or Vegas!
Experience Up To 4 Nights On Us - Click For Resort Destinations
Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa
Final Attempt: Claim Your Free Stay in Cancun, Vegas, or Napa!
Final Attempt : Claim Your Free Stay in Cancun, Vegas, or Napa=?UTF8?Q?=21?=
jenh@foggy.net, You've been awarded four free nights
Last Chance: Vegas, Cancun, or Napa - Choose Your Free Resort Stay!
This Summer Take A Vacation On Us
This Summer Take A Vacation On Us - Cancun, Napa or Vegas=?UTF8?Q?=21?=
Be Our Guest: 4 Night Stay In Napa, Cancun, Or Vegas
lolsen@foggy.net, This Summer Take A Vacation On Us - Cancun, Napa or Vegas=?UTF8?Q?=21?=
oldbleyth@foggy.net, This Summer Take A Vacation On Us - Cancun, Napa or Vegas=?UTF8?Q?=21?=
Be Our Guest For 4 Nights in Vegas, Cancun, or Napa
Be Our Guest - Up To 4 Nights in Vegas, Cancun or Napa
Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa!
Take A Vacation On Us - Cancun, Napa or Vegas=?UTF8?Q?=21?=
Take a Summer Vacation on Us jenh@foggy.net
Experience Up To 4 Nights On Us - Check For Resort Destinations!
Summer Bay Resorts Las Vegas Has Issued You 2 Free Nights!
Claim 2 Free Nights in Vegas=?UTF8?Q?=21?=
Claim Your Complimentary Vegas Weekend Getaway=?UTF8?Q?=21?=
[QUAR] Summer Bay Resorts Las Vegas Has Issued You 2 Free Nights
[QUAR] 4 Night Luxury Cancun Vacation - Free!
[QUAR] Enjoy a complimentary 4 night luxury Cancun vacation
[QUAR] Final Attempt:You've Been Awarded 4 Free Nights In Cancun
[QUAR] Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa!
[QUAR] Claim Your Free Resort Stay in Vegas, Cancun, or Napa!
[QUAR] Cancun - 4 Night Luxury Stay Free!
[QUAR] Vegas, Cancun, or Napa - Choose Your Free Resort Stay!
[QUAR] 4 Nights in Cancun On Us - Claim Now
[QUAR] Luxury Cancun Vacation - 4 Nights Free!
[QUAR] Re: Vegas For 2 Nights - Complimenatary
[QUAR] Re: Vegas -2 Nights F ree At Summer Bay Resort
[QUAR] Re:Your 2 F ree Nights in Vegas
[QUAR] Re: 2 F ree Nights in Vegas
[QUAR] Re: Vegas Awaits You - 2 Nights F ree
[QUAR] Be Our Guest In Vegas For 2 Nights - Complimenatary
[QUAR] Please Be Our Guest In Cancun - 4 Night Luxury Stay Free!
[QUAR] Vegas Awaits You - 2 Nights Free At Summer Bay Resort!

[QUAR] Vegas Awaits You - 2 Nights Fre e At Summer Bay Resort
[QUAR] Claim Your Complimentary Vegas Weekend Getaway
[QUAR] Re: 2 Comp'd Nights in Vegas
[QUAR] Re: Vegas -2 Nights Comp\'d  At Summer Bay Resort
[QUAR] Re: Your 2 Comp\'d  Nights in Vegas
[QUAR] Re: Vegas Awaits You - 2 Nights Comp\'d
[QUAR] Re: Vegas For 2 Nights - Comp\'d
[QUAR] Claim 2 Fre e Nights in Vegas
[QUAR] Be Our Guest In Vegas For 2 Nights
[QUAR] Summer Bay Resorts Las Vegas Has Issued You 2 Fre e Nights
[QUAR] Stay With Us in Las Vegas - 2 Nights F ree
[QUAR] Claim 2 F ree Nights in Vegas
[QUAR] Claim 2 Fre e Nights in Vegas - 23 Aug 2007 14:02:46 -0400
[QUAR] 2 Nights Comp\'d  @Vegas
[QUAR] 2 Comp'd Nights - Vegas
[QUAR] 2nd attempt: Vegas For 2 Nights - on us
[QUAR] 2nd attempt: Your 2 f ree  Nights in Vegas
[QUAR] 2nd attempt: Vegas -2 Nights f ree At Summer Bay Resort
[QUAR] 2nd attempt: 2 f ree Nights in Vegas
[QUAR] Claim 2 Fre e Nights in Vegas -  25 Aug 2007 13:18:22 -0400
[QUAR] Vegas, Napa, or Cancun - Up to 4 Nights Free!
[QUAR] Claim 2 Free Nights in Vegas!
[QUAR] Stay With Us in Las Vegas
[QUAR] Claim Your Complimentary Vegas Weekend Getawa
[QUAR] 2nd attempt: Claim 2 Nights f ree in Vegas
[QUAR] Re:Vegas Awaits You - 2 Nights on us
[QUAR] Vegas For 2 Nights -On us
[QUAR] Want 2 Nights in Vegas Comp\'d
[QUAR] Be Our Guest In Vegas For 2 Nights - Complimentary!
=?UTF8?Q?[QUAR]?= lolsen@foggy.net, Be Our Guest In Vegas For 2 Nights -
Complimentary=?UTF8?Q?=21?=
=?UTF8?Q?[QUAR]?= jmm@foggy.net, Be Our Guest In Vegas For 2 Nights -
Complimentary=?UTF8?Q?=21?=
[QUAR] 2 Nights in Vegas Completely Comp\'d
[QUAR] Vegas For 2 Nights Completely Comp\'d
[QUAR] 2nd attempt:2 Nights in Vegas Completely Comp\'d
[QUAR] Vegas - 2 Nights Completely Comp\'d
[QUAR] You can Get 2 Nights in VEGAS - ON US
[QUAR] CHARLES be our guest in Vegas with two complimentary nights
[QUAR] glfreetv@jennsea.com, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] jenh@jennsea.com, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] sunshine@foggy.net, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] jenh@foggy.net, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] dvandemark@foggy.net, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] Jennifer be our guest in Vegas with two complimentary nights
[QUAR] be our guest in Vegas with two complimentary nights
[QUAR] Pamela be our guest in Vegas with two complimentary nights
[QUAR] Felice be our guest in Vegas with two complimentary nights
[QUAR] GLENN be our guest in Vegas with two complimentary nights

[QUAR] Subscriber be our guest in Vegas with two complimentary nights
[QUAR] LEE be our guest in Vegas with two complimentary nights
[QUAR] ELAINE be our guest in Vegas with two complimentary nights
[BULK] Be Our Guest In Vegas For 2 Nights - Complimenatary
[QUAR] Experience Up To 4 Nights On Us Click For Resort Destinations
[QUAR] Be Our Guest In Vegas For 2 Nights - Complimentary
[QUAR] Complimentary Vegas weekend for sunshine@foggy.net
[QUAR] Complimentary Vegas weekend for grouplotto@jennsea.com
[QUAR] Complimentary Vegas weekend for jenh@foggy.net
Complimentary Vegas weekend for sunshine@foggy.net
[QUAR] Vegas Awaits You - 2 Nights F ree
[QUAR] Complimentary Vegas weekend for oldbleyth@foggy.net
[QUAR] Claim Your Complimentary Vegas Weekend Getaway!
[QUAR] Complimentary Vegas weekend for frankn@foggy.net
[QUAR] Complimentary Vegas weekend for lolsen@foggy.net
[QUAR] Complimentary Vegas weekend for arbor@foggy.net
[QUAR] Complimentary Vegas weekend for glfreetv@jennsea.com
[BULK] Claim 2 Free Nights in Vegas!
[QUAR] Complimentary Vegas weekend for nancyhf84@foggy.net
[QUAR] Complimentary Vegas weekend for rrruud@foggy.net
[QUAR] Stay With Us in Las Vegas - 2 Nights Free!
[QUAR] Complimentary Vegas weekend for curley@foggy.net
=?UTF8?Q?[QUAR]?= Enjoy A Complimentary 4 Night Luxury Cancun Vacation=?UTF8?Q?=21?=
[BULK] Be Our Guest In Vegas For 2 Nights - Complimenatary!
[QUAR] Cancun vacation awarded to Bleything, Charles
[QUAR] Cancun vacation awarded to Henderson, Jennifer
[QUAR] Be Our Guest In Vegas For 2 Nights - Complimenatary!
[QUAR] Be Our Guest In Vegas For 2 Nights - Complimenatary!
=?UTF8?Q?[BULK]=20?= Be Our Guest In Vegas For 2 Nights - Complimenatary=?UTF8?Q?=21?=
=?UTF8?Q?[QUAR]?= Stay With Us in Las Vegas - 2 Nights Free=?UTF8?Q?=21?=
[QUAR] Pamela Wade be our guest in Vegas with two complimentary nights
[QUAR] Be Our Guest - Up To 4 Nights Free in Vegas, Cancun, or Napa!
[QUAR] Subscriberclaim your two complimentary nights.
[QUAR] Pamela claim your two complimentary nights 09/16/2007
[QUAR] Felice here are two complimentary nights
[QUAR] CHARLES claim your two complimentary nights
[QUAR] elaine claim your two complimentary nights
[QUAR] Pamela claim your two complimentary nights 09/18/2007
=?UTF8?Q?[QUAR]?= Be Our Guest In Vegas For 2 Nights - Complimenatary=?UTF8?Q?=21?=
[BULK] Experience Up To 4 Nights On Us - Click For Resort Destinations!
[QUAR] Pamela claim your two complimentary nights 09/20/2007
[QUAR] Be Our Guest In Vegas For 2 Nights! See Details.
=?UTF8?Q?[QUAR]?= Be Our Guest In Vegas For 2 Nights - Complimentary=?UTF8?Q?=21?=
[QUAR] Enjoy A Complimentary 4 Night Luxury Cancun Vacation!
[QUAR] Experience 4 Nights in Beautiful Cancun - Free*!
[BULK] Enjoy A Complimentary 4 Night Luxury Cancun Vacation
[QUAR] FREE: 4 Night Luxury Spain Holiday
=?UTF8?Q?[BULK]=20?= Claim 2 Nights in Vegas On Us=?UTF8?Q?=21?=
=?UTF8?Q?[QUAR]?= Claim 2 Nights in Vegas On Us=?UTF8?Q?=21?=

[QUAR] Be Our Guest In Vegas For 2 Nights - complimenatary
[QUAR] Be Our Guest In Vegas For 2 Nights - complimentary
=?UTF8?Q?[QUAR]?= Las Vegas Has Issued You 2 Free Nights=?UTF8?Q?=21?=
[QUAR] here are two complimentary nights.
[QUAR] Summer Bay Resorts Las Vegas Has Issued You 2 Free Nights
[QUAR] 4 Nights in Cancun On Us
[QUAR] 4 Night Luxury Cancun Vacation - FREE
[QUAR] Enjoy A Complimentary 4 Night Luxury Cancun Vacation
[QUAR] Experience 4 Nights in Beautiful Cancun - Free
[QUAR] Pamela two complimentary nights on us.
[QUAR] 4 Nights in Cancun On Us - Claim Now!
[QUAR] 4 Night Luxury Cancun Vacation - FREE*!
=?UTF8?Q?[BULK]=20?= Las Vegas Has Issued You 2 Free Nights=?UTF8?Q?=21?=
[BULK] Stay With Us in Las Vegas - 2 Nights Free!
=?UTF8?Q?[QUAR]?= Be Our Guest In Vegas For 2 Nights - Complimenatary=?UTF8?Q?=21?=
[QUAR] Majestic Spain Awaits curley@foggy.net - Stay 4 Nights on us!
[QUAR] Complimentary 4 Night Stay at Our Luxury Resort
[QUAR] JENNIFER, we'll comp you two nights.
[QUAR] Sal. here are two complimentary nights
[BULK] Felice here are two complimentary nights
[QUAR] Sal. be our guest in Vegas with two complimentary nights
[QUAR] CHARLES, we'll comp you two nights.
[QUAR] Vegas or Cancun - The Choice is Yours The Stay is Free!
[QUAR] Claim 4 Nights in Cancun or 2 Nights in Vegas!
[QUAR] Need A Vacation - Complimentary Stay In Cancun Or Vegas!
[QUAR] Claim A Luxury Resort Stay Up To 4 Nights In Vegas Or Cancun!
=?UTF8?Q?[QUAR]?= You Have Been Awarded 4 Nights in Cancun=?UTF8?Q?=21?=
=?UTF8?Q?[QUAR]?= 4 Night Luxury Cancun Vacation - FREE*=?UTF8?Q?=21?=
[QUAR] Reserve Your Complimentary Resort Stay In Cancun Or Vegas!
[QUAR] Vegas or Cancun - Up To 4 Nights On Us!
[QUAR] Anita, the city of Las Vegas invites you to a complimentary weekend getaway!
=?UTF8?Q?[QUAR]?= Experience 4 Nights in Beautiful Cancun - Free*=?UTF8?Q?=21?=
=?UTF8?Q?[QUAR]?= 4 Nights in Cancun On Us - Claim Now=?UTF8?Q?=21?=
[BULK] be our guest in Vegas with two complimentary nights
[QUAR] Pamela, two complimentary nights on us.
[QUAR] Vegas Awaits You-2 Nights F ree At Summer Bay Resort!
[BULK] Robert, Stay With Us in Las Vegas - 2 Nights Free!
[QUAR] Stay with us in Las Vegas  2 Nights On Us
[QUAR] Stay With Us in Las Vegas - Two Nights On Us
[QUAR] Claim-4 Nights in Cancun On Us
[QUAR] 4 Night Luxury Cancun Vacation - F ree
[BULK] Be Our Guest In Vegas For 2 Nights
[QUAR] Stay With Us in Las Vegas - 2 Nights
JENNIFER be our guest in Vegas with two complimentary nights
[QUAR] elaine, claim your two complimentary nights
=?UTF8?Q?[BULK]=20?= 4 Nights in Cancun On Us - Claim Now=?UTF8?Q?=21?=
[QUAR] 2nd Attempt: 4 Night Luxury Cancun Vacation - F ree
[QUAR] 2nd Attempt:Claim-4 Nights in Cancun On Us
[QUAR] Be Our Guest - Up To 4 Nights in Vegas, Cancun, or Napa

[QUAR] This Summer Take A Vacation On Us Cancun, Napa or Vegas
[QUAR] Complimentary Bahamas Resort Vacation
[QUAR] Complimentary Bahamas Resort Vacation for sunshine@foggy.net
[QUAR] Complimentary Bahamas Resort Vacation for lolsen@foggy.net
[QUAR] 4 days/3 nights in Bahamas Complimentary
[QUAR] 3 Nights Free in the Bahamas - Flamingo Bay Hotel and Yacht Club
[BULK] Complimentary Bahamas Resort Vacation
[QUAR] Complimentary Bahamas Resort Vacation for jenh@foggy.net
[QUAR] Complimentary Bahamas Resort Vacation for jenh@jennsea.com
[QUAR] Complimentary Bahamas Resort Vacation for playitloud2@foggy.net
[QUAR] Claim a Complimentary Vegas Weekend Getaway!
[QUAR] 3 Nights Free On Grand Bahamas - No Purchase Required!
[QUAR] Complimentary Bahamas Resort Vacation for hwade@foggy.net
[QUAR] 3 Nights Free On Grand Bahamas - No Purchase Required
=?UTF8?Q?[QUAR]?= oldbleyth@foggy.net, You Have Been Awarded 4 Nights in
Cancun=?UTF8?Q?=21?=
[QUAR] Experience Paradise In The Bahamas - 3 Free Nights!
=?UTF8?Q?[BULK]=20?= oldbleyth@foggy.net, You Have Been Awarded 4 Nights in
Cancun=?UTF8?Q?=21?=
[QUAR] Complimentary Bahamas Resort Vacation for glfreetv@jennsea.com
[QUAR] Experience Paradise In The Bahamas...3 Free Nights
[QUAR] Complimentary Bahamas Resort Vacation for curley@foggy.net
[BULK] Be Our Guest In Vegas For 2 Nights - ON US!
[QUAR] Complimentary Bahamas Resort Vacation for dvandemark@foggy.net
[QUAR] Be Our Guest In Vegas For 2 Nights - ON US!
[QUAR] Claim 2 Nights in Vegas on us!
[QUAR] Claim Your Complimentary Cruise And 3 Night Island Stay
[QUAR} Invitation:  4 days/3 nights in Bahamas *F ree*
[QUAR] Complimentary Bahamas Resort Vacation
[QUAR] Re: Be Our Guest In Vegas For 2 Nights - Complimenatary!
[QUAR] Re: Stay With Us in Las Vegas - 2 Nights Free!
[QUAR] Re: Vegas Awaits You - 2 Nights Free At Summer Bay Resort!
[QUAR] Experience The Bahamas - Free Cruise And 3 Night Island Stay!
[BULK] 3 Nights Free On Grand Bahamas - No Purchase Required
[BULK] CHARLES, here are four complimentary nights in Cancun.
[QUAR] Robert, Stay With Us in Las Vegas - 2 Nights Free!
[QUAR] lolsen@foggy.net, You Have Been Awarded 4 Nights in Cancun
[QUAR] jmm@foggy.net, You Have Been Awarded 4 Nights in Cancun
[QUAR] curley@foggy.net, You Have Been Awarded 4 Nights in Cancun
[QUAR] pumpkin@foggy.net, You Have Been Awarded 4 Nights in Cancun
[QUAR] JENNIFER, here are four complimentary nights in Cancun.
[QUAR] Felice here are four complimentary nights in Cancun
[QUAR] Sal. here are four complimentary nights in Cancun
[QUAR] Jennifer here are four complimentary nights in Cancun
[QUAR] Final Attempt: 4 Night Luxury Cancun Vacation - F ree
[QUAR] Final Attempt:Claim-4 Nights in Cancun On Us
[QUAR] CHARLES here are four complimentary nights in Cancun
[QUAR] Re:Be Our Guest In Vegas For 2 Nights - Oct.25,2007
=?UTF8?Q?[QUAR]?= Claim Your Complimentary Vegas Weekend Getaway=?UTF8?Q?=21?=

Claim Your Complimentary Vegas Weekend Getaway=?UTF8?Q?=21?=
[QUAR] Four complimentary nights in Cancun for you Felice
[QUAR] Four complimentary nights in Cancun for you Sal.
=?UTF8?Q?[QUAR]?= Claim Your Complimentary Vegas Weekend Getaway=?UTF8?Q?=21?=
=?UTF8?Q?[BULK]=20?= 4 Night Luxury Cancun Vacation - FREE*=?UTF8?Q?=21?=
[QUAR] , here are four complimentary nights in Cancun.
[QUAR] Four complimentary nights in Cancun for you Jennifer
[QUAR] James, here are two complimentary nights on us.
[QUAR] Four complimentary nights in Cancun for you GLENN
[QUAR] oldbleyth@foggy.net, You Have Been Awarded 4 Nights in Cancun
[QUAR] Stay With Us in Las Vegas 2 Nights Free!
[BULK] 4 Nights in Cancun On Us - Claim Now!
[QUAR] Las Vegas, Two nights on us
Enjoy A Complimentary 4 Night Luxury Cancun Vacation!
[QUAR] GLENN here are four complimentary nights in Cancun
[QUAR] CHARLES, here are four complimentary nights in Cancun.
[QUAR] Take a vacation on us - Cancun, Napa or Vegas
[QUAR] Robert, Be Our Guest In Vegas For 2 Nights - Complimenatary!
[BULK] 3 Nights Free On Grand Bahamas - No Purchase Required!
[QUAR] Claim Your_Complimentary Vegas Weekend Getaway 1/10/09
[QUAR] Be Our Guest In Vegas For 2 Nights_Complimenatary 1/10/09
[QUAR] Claim 2 F ree Nights in Vegas! 1/10/09
[QUAR] Stay With Us in Las Vegas - 2 Nights F ree 1/10/09
[QUAR] Vegas Awaits You - 2 Nights F ree At Summer Bay Resort 1/10/09
[QUAR] Your 4 Day 3 Night Complimentary Bahama Vacation Awaits
[QUAR] Claim 4 Nights in Cancun On Us
Claim 4 Nights in Cancun On Us
[QUAR] Come celebrate in the Bahamas with 3 nights FREE!
[QUAR] Be Our Guest In Vegas For 2 Nights - Complimenatary!
[QUAR] Re:4 Nights in Cancun On Us
Be Our Guest In Vegas For 2 Nights - Complimenatary!
[QUAR] Pamela Wade here are two comped nights.
[QUAR] Re: You Have Been Awarded 4 Nights in Cancun
[QUAR] Re:Enjoy A Complimentary 4 Night Luxury Cancun Vacation
[QUAR] Felice, here are two complimentary nights
[QUAR] Sal., here are two complimentary nights
[BULK] Claim a Complimentary Vegas Weekend Getaway!
[QUAR] Four complimentary nights in Cancun for you Robert
[QUAR] Four complimentary nights in Cancun for you Pamela
[QUAR] Experience 4 Nights in Beautiful Cancun - At No Cost
[BULK] pumpkin@foggy.net, You Have Been Awarded 4 Nights in Cancun
[BULK] jmm@foggy.net, You Have Been Awarded 4 Nights in Cancun
[QUAR] JOYCE STANNARD awarded 4 nights in Cancun!
[QUAR] DAN NICOLAS awarded 4 nights in Cancun!
[QUAR] Don Swisher awarded 4 nights in Cancun!
[QUAR] Cherri Woolbert awarded 4 nights in Cancun!
[QUAR] Jennifer Henderson awarded 4 nights in Cancun!
[QUAR] 4 Nights in Cancun On Us - Get Now!
[QUAR] FELICE, we'll comp you two nights.

Exhibit C                    Subject Lines                    Page 12 of 15

[QUAR] LEE, we'll comp you two nights.
[QUAR] ELAINE, we'll comp you two nights.
[QUAR] Be Our Guest For 4 Days and 3 Nights In The Bahamas!
[QUAR] Claim 2 F ree Nights in Vegas! 1/13/08
[QUAR] Be Our Guest In Vegas For 2 Nights_Complimenatary 1/13/08
[QUAR] Stay With Us in Las Vegas - 2 Nights F ree 1/13/08
[QUAR] Vegas Awaits You - 2 Nights F ree At Summer Bay Resort 1/13/08
[QUAR] Enjoy A Complimentary 4 Night Luxury Cancun Vacation!
[QUAR] You have been awarded 4 nights in Cancun
[QUAR] Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] Experience 4 Nights in Beautiful Cancun - F ree
[QUAR] Enjoy AComplimentary 4 Night Luxury Cancun Vacation
[QUAR] Four complimentary nights in Cancun for you elaine
[QUAR] Four complimentary nights in Cancun for you CHARLES
[QUAR] You Have Been Granted 4 Nights in Cancun!
[QUAR] Claim 2 Free Nights in Vegas
[QUAR] Stay With Us in Las Vegas - 2 Nights Free
[QUAR] 3 Nights *F ree* On Grand Bahamas - No Purchase Required
[BULK] curley@foggy.net, You Have Been Awarded 4 Nights in Cancun
[QUAR] Please Respond:  4 days/3 nights in Bahamas F ree 1/17/08
[QUAR] 4 days/3 nights in Bahamas Free 1/17/08
[QUAR] Complimentary Bahamas Resort Vacation 1/17/08
[QUAR] Claim Your Complimentary Cruise And 3 Night Island Stay 1/17/08
[QUAR] Invitation:  4 days/3 nights in Bahamas *F ree* 1/17/08
[QUAR] 4 days / 3 nights in Bahamas Free
[QUAR] Be Our Guest In Vegas For 2 Nights.
[QUAR] You Have Been Awarded 4 Nights in Cancun 1/18/08
[QUAR] 4 Night Luxury Cancun Vacation - F ree*Claim Now
[BULK] Charles, Be Our Guest In Vegas For 2 Nights - Complimentary!
[BULK] James, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] elaine, here are four complimentary nights in Cancun.
[QUAR] Heather, 4 Nights in Cancun On Us - Claim Now
[QUAR] Complimentary Bahamas Resort Vacation for oldbleyth@foggy.net
[QUAR] Claim Your Complimentary Cruise And 3 Night Island Stay!
[QUAR] Complimentary Bahamas Resort Vacation for lumina@foggy.net
[QUAR] You Have Been Awarded 4 Nights in Cancun!
[QUAR] Be Our Guest For 4 Days and 3 Nights In The Bahamas
[QUAR] Heather Wade Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] Joyce Stannard Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] John Sloane Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] Dan Nicolas Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] Pamela Wade Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] Don Swisher Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] Jennifer Henderson Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] Robert Tait Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] Charles Bleything Reservations PaidinFull For Cancun Holiday Resort and....
[QUAR] Re: Complimentary Bahamas Resort Getaway for {{01}}
[QUAR] Pamela here are four complimentary nights in Cancun
[QUAR] Spain holiday for curley@foggy.net - Stay 4 Nights on us!

[QUAR] Complimentary Bahamas Resort Vacation for jenbarry@foggy.net
[QUAR] curley@foggy.net 4 Night Luxury Spain Holiday - Free!
[BULK]  Be Our Guest In Vegas For 2 Nights - Complimenatary
[BULK]  Summer Bay Resorts Las Vegas Has Issued You 2 Free Nights
[BULK]  oldbleyth@foggy.net, You Have Been Awarded 4 Nights in Cancun
[BULK]  playitloud2@foggy.net, You Have Been Awarded 4 Nights in Cancun
[BULK]  Claim Your Complimentary Vegas Weekend Getaway
[QUAR] Vegas, Napa, or Cancun Up to 4 Nights Free
[BULK]  Your Vegas Trip is Pending
[QUAR] Re: Paradise In The Bahamas 3 Complimentary Nights
[QUAR] Claim Your Free Resort Stay in Vegas, Cancun, or Napa
=?UTF8?Q?[QUAR]?= oldbleyth@foggy.net, You Have Been Awarded 4 Nights in
Cancun=?UTF8?Q?=21?=
[QUAR] Get a 4 day 3 night vacation on us.
[QUAR] Claim 2 Free Nights in Vegas here!
[BULK]  Enjoy A Complimentary 4 Night Luxury Cancun Vacation!
[QUAR] Vegas, Napa, or Cancun - Up to 4 Nights!
[QUAR] Complimentary Bahamas Resort Vacation 1/24/08
[QUAR] Please Respond: 4 days/3 nights in Bahamas F ree 1/24/08
[QUAR] Invitation: 4 days/3 nights in Bahamas *F ree* 1/24/08
[QUAR] 4 days/3 nights in Bahamas Free 1/24/08
[QUAR] Claim Your Complimentary Cruise And 3 Night Island Stay 1/24/08
[QUAR] 4 Night Luxury Cancun Vacation on US
[QUAR] You Have Been Awarded 4 Nights in Cancun 1/25/08
[QUAR] This Summer Take A Vacation On Us - Cancun, Napa or Vegas
[QUAR] Enjoy A Complimentary 4 Night Luxury Cancun Getaway
[QUAR] Re: Enjoy A Complimentary 4 Night Luxury Cancun Getaway
[QUAR] Get a 5 day and 4 night complimentary stay at Laguna Suites Golf and Spa
[QUAR] 4 Night Luxury Cancun Vacation - F R E E*!
[BULK]  Experience Paradise In The Bahamas - 3 Free Nights!
[QUAR] You Have Been Awarded 4 Nights in Cancun 1/31/08
[QUAR] Experience 4 Nights in Beautiful Cancun - F ree 1/31/08
[QUAR] 4 Night Luxury Cancun Vacation - F ree*Claim Now 1/31/08
[QUAR] 4 Night Luxury Cancun Vacation - FREE*
[QUAR] Invitation:  4 days/3 nights in Bahamas *F ree* 1/31/08
[QUAR] Please Respond:  4 days/3 nights in Bahamas F ree 1/31/08
[QUAR] Free Bahamas Vacation - 3 days at Flamingo Bay Hotel
[BULK]  4 days/3 nights in Bahamas Complimentary
[QUAR] Experience 4 Nights in Beautiful Cancun - Click here!
[QUAR] 4 days/3 nights in Bahamas Free
[BULK]  robert, Be Our Guest In Vegas For 2 Nights - Complimentary!
[BULK]  Ron, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] Maivel, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] Tania, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] matthew, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] sherry, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] james, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] pamela, Be Our Guest In Vegas For 2 Nights - Complimentary!
[QUAR] Complimentary Bahamas Resort Vacation for pumpkin@foggy.net

[QUAR] Pamela: Be Our Guest For 4 Days and 3 Nights In The Bahamas!
[BULK] Be Our Guest In Vegas For 2 Nights - Complimenatary!
[QUAR] You Have Been Awarded 4 Nights in Cancun
Complimentary Bahamas Resort Vacation for oldbleyth@foggy.net
[QUAR] Complimentary Bahamas Resort Vacation for rrruud@foggy.net
[QUAR] Complimentary Bahamas Resort Vacation for grouplotto@jennsea.com
[QUAR] Complimentary Bahamas Resort Vacation for yoursmartrewards@jennsea.com
Complimentary Bahamas Resort Vacation for sunshine@foggy.net
[BULK] Be Our Guest For 4 Days and 3 Nights In The Bahamas!
Complimentary Bahamas Resort Vacation for glfreetv@jennsea.com
[QUAR] 5 Days/4 Nights Free In Beautiful Costa Rica!
[QUAR] Rain Forests, Adventure, Wildlife - Visit Costa Rica On Us!
[QUAR] Free 4 Night Stay In Costa Rica - Compliments of Villas Sol!
[BULK] Claim Your Complimentary Cruise And 3 Night Island Stay!
[QUAR] Be Our Guest In Vegas
[QUAR] Claim Your 2 Free Nights in Vegas
[QUAR] Claim Your Complimentary Vegas Weekend Getaway!
[BULK] Be Our Guest In Vegas For 2 Nights - Complimentary!
[BULK] Claim Your Complimentary Vegas Weekend Getaway!
[BULK] Vegas Awaits You - 2 Nights Free At Summer Bay Resort!
[QUAR] 4 Days / 3 Nights Complimentary Stay At Our English Mansion!
[QUAR] Be Our Guest in Beautiful Kent England!
[QUAR] Experience Costa Rica With A Complimentary All Inclusive Resort Stay!
[QUAR] Free 4 Night All Inclusive Stay In Costa Rica - Compliments of Villas
[QUAR] 4 days/3 nights in Bahamas Free
[QUAR] Be Our Guest - 5 Day 4 Night Free Costa Rica Vacation!
[QUAR] Free 4 Night All Inclusive Stay In Costa Rica - Compliments of Villas Sol!
[QUAR] Villas Sol Hotel & Resort Invites You To Costa Rica On Us!
[QUAR] Enjoy Two Complimentary Nights in Gatlinburg TN!
[QUAR] See The Best Fall Foliage With Two Nights Free in Gatlinburg TN
[QUAR] Two Free Nights in Gatlinburg - Compliments of Summer Bay Resort
[BULK] Rain Forests, Adventure, Wildlife - Visit Costa Rica On Us!
[QUAR] Get Away This Ski Season With Two Complimentary Nights In Killington!
[QUAR] Hit The Slopes This Season With Two Free Nights In Killington!
[QUAR] Ski Killington And Receive Two Nights Free Accommodations!
[QUAR] FREE Ski Weekend - Two Nights Complimentary Stay In Killington, Vermont
[QUAR] Claim A Free Ski Weekend In Killington ? Compliments of Summer Bay Resorts!
[BULK] FREE Ski Weekend - Two Nights Complimentary Stay In Killington, Vermont
[BULK] Three days and two nights in Killington Vermont
[QUAR] The Perfect Family Getaway With Two Nights Free!
[QUAR] Free Ski Weekend In Killington Compliments Of Summer Bay Resort
[QUAR] Get Away This Ski Season With Two Complimentary Nights In Killington
[QUAR] Hit The Slopes This Season With Two Free Nights In Killington
[QUAR] Claim Your Free Killington Vermont Ski Weekend Now
[BULK] The Perfect Family Getaway With Two Nights Free!
[QUAR] Breathtaking Beauty And A Free Resort Stay in Gatlinburg!
[QUAR] Claim Your Free Weekend Getaway To The Smoky Mountains!
[BULK] Gatlinburg Town Square Invites You To Spend 2 Nights On Us!
[QUAR] Gatlinburg Town Square Invites You To Spend 2 Nights On Us!

Exhibit C                    Subject Lines                    Page 15 of 15

[QUAR] See The Best Fall Foliage With Two Nights Free in Gatlinburg TN!
[BULK] See The Best Fall Foliage With Two Nights Free in Gatlinburg TN!
[BULK] Complimentary 4 Night Stay at Our Luxury Resort
[QUAR] Visit Beautiful Sedona , Arizona With A Two Night Free Stay!
[QUAR] Claim Two Nights Free in Sedona, Arizona!
[QUAR] See Gorgeous Red Rock Country With A Complimentary Two Night Stay!
[QUAR] Two Nights Free in Red Rock Country Compliments of Summer Bay Resort!
[BULK] Claim Two Nights Free in Sedona, Arizona!
[BULK] Mind, Body, Spirit- Come to Sedona Arizona On Us
[QUAR] Two Nights Free in Red Rock Country Compliments of Summer Bay Resort
[BULK] Two Nights Free in Red Rock Country Compliments of Summer Bay Resort!
[QUAR] Ski Weekend In Killington Compliments Of Summer Bay Resort
[BULK] Ski Weekend In Killington Compliments Of Summer Bay Resort
[BULK] 3 Days + 2 Nights Free Stay in Red Rocks Country -- Sedona, Arizona
[QUAR] Mind, Body, Spirit- Come to Sedona Arizona On Us
[QUAR] 3 Days + 2 Nights Free Stay in Red Rocks Country -- Sedona, Arizona
[QUAR] Breathtaking Beauty And A Free Resort Stay in Hilton Head!
[QUAR] Escape to the Outer Banks for Two FREE Nights!
[QUAR] Hilton Head, SC - 2 Nights FREE Stay - No Purchases Required
[QUAR] Enjoy Two Complimentary Nights in Hilton Head, SC
[QUAR] Claim Your Free Weekend Getaway To The Outer Banks
[QUAR] Escape to the Outer Banks for Two FREE Nights
[BULK] Enjoy Two Complimentary Nights in Hilton Head, SC
[BULK] 2 Free Nights in Hilton Head, SC - Summer Bay Resorts
[BULK] 2 Nights in Hilton Head, SC - FREE*!
[QUAR] Breathtaking Beauty And A Free Resort Stay in Hilton Head
[QUAR] Two Free Nights in Hilton Head- Compliments of Summer Bay Resort

EXHIBIT

D





VILLAS SOL

# Now Enjoy 4 Nights FREE* - All Inclusive!

**Villas Sol Hotel and Beach Resort invites you to experience first hand
all that our beautiful resort and stunning Costa Rica has to offer.
Come Enjoy a Complimentary 5-Days/4-Nights Stay with Us.**

## ALL
### INCLUSIVE



We pride ourselves on serving fresh, great tasting food and snacks
throughout the many dining options we provide to our guests.

## Register below for Instant Access to our Toll-Free Reservation Line

   

*Our property is nestled on a hilltop overlooking the sparkling, emerald waters of the Pacific Ocean in
Guanacaste, and surrounded by lush tropical gardens and natural beauty Costa Rica is known for. We
offer all the luxuries and amenities a vacationer could want, and a host of options for enjoying it
all. Learn about our Gold Crown Resort, condos, weekly villa rentals, and hotel vacationing options
during just one morning of your complimentary stay.*

**First Name:**              **Last Name:**              **Email Address:**

✓ Keep up to date with the latest hot spots, airfare and Hotel Specials with your
    FREE Travel & Leisure subscription, compliments of ArcaMax publishing.
    *Please confirm request in confirmation email you receive.



## This offer expires at midnight on 12/18/08.

This promotion is open to U.S. and Canadian residents, 21 years of age or older.
Employees of Experience Villas-Sol, their immediate family members,
and persons living in the household of each are not eligible to participate.
*No Purchase for on-line offers are required to complete, and traveler is responsible for all applicable incidental,
hotel taxes and transportation costs. See terms and conditions for complete details.

Terms and Conditions:

This advertising material is being used for the purpose of soliciting sales of vacation ownership plans.



Escape to this natural beachside paradise
with a COMPLIMENTARY*
3-Day/2-Night Stay!

# Experience the Natural Beauty of Hilton Head, South Carolina...

...a secluded island paradise full of beaches, water sports, golf, tennis and shopping. Whether you want a romantic getaway for two, a family vacation, or simply a quick break from the ordinary, you decide how to use your **FREE** vacation!

**Please Submit Below for Instant Toll-Free Access to your Complimentary 2 Night Stay!**



| First Name | Last Name | Email Address |
|---|---|---|

Would you like to Join MyPoints and make every purchase count? Earn Points for shopping and reading email and redeem Points for gift cards from your favorite stores like Target, Home Depot, Walmart and many more.    MyPoints



This offer expires at midnight on 12/17/08.



This promotion is open to U.S. and Canadian residents, 23 years of age or older. Employees of Experience Summer Bay Resorts, their immediate family members, and persons living in the household of each are not eligible to participate. *No Purchase for on-line offers are required to complete, and traveler is responsible for all applicable incidental, hotel taxes and transportation costs. Accommodations are subject to availability. See terms and conditions for complete details.

Terms and Conditions:

©2008 ExperienceSummerBayResorts.com All Rights Reserved. Privacy Policy.

Experience Villas Sol – Costa Rica

© 2008 ExperienceVillas-Sol.com. All Rights Reserved. Privacy Policy.

**This advertising material is being used for the purpose of soliciting sales of vacation ownership plans.**