| | |
|---|---|
| 1 | Jason K. Singleton, State Bar # 166170 |
| | Email: jason@singletonlawgroup.com |
| 2 | Richard E. Grabowski, State Bar #236207 |
| | Email: rgrabowski@mckinleyville.net |
| 3 | SINGLETON LAW GROUP |
| | 611 "L" Street, Suite A |
| 4 | Eureka, CA 95501 |
| | Telephone: (707) 441-1177 |
| 5 | Fax: 441-1533 |
| | Attorneys for Plaintiffs, Asis Internet Services |
| 6 | and Joel Householter |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 9 | ASIS INTERNET SERVICES, a California corporation, and | : |
| 10 | JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET, | Civil Action No. 3:09-cv-00005-EMC |
| 11 | Plaintiffs | STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT |
| 12 | vs. | |
| 13 | SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT; | ORDER |
| 14 | BRYANSTONE L.C., a Florida Limited Liability Company; | |
| 15 | ORLANDO INVESTMENTS, L.L.P., a Missouri Limited Liability Partnership; | |
| 16 | CROWN DIVERSIFIED INDUSTRIES CORP., a Missouri Corporation; | |
| 17 | GEMINI CONSULTING GROUP, INC., a Missouri Corporation; | |
| 18 | JOE H. SCOTT, SR.; and DOES ONE through FIFTY, inclusive. | |
| 19 | Defendants. | |

COME NOW Plaintiffs Asis Internet Services and Joel Householter ("Plaintiffs"), by and through the undersigned counsel, and hereby Stipulate that the time for all Defendants, including but not limited to Defendants Summer Bay Partnership, Bryanstone L.C., Orlando Investments, L.L.P., Crown Diversified Industries Corp., Gemini Consulting Group, Inc., Joe H. Scott, Sr., and Does One through Fifty, inclusive, to answer, move, plead, object or otherwise respond to *Plaintiff's Complaint For Liquidated Damages For Violations Of California Business & Professions Code §17529.5*, is hereby extended through and including March 17, 2009.

-1-
Stipulation Extending Time for Defendants to Answer Complaint - 3:09-cv-00005-EMC

SINGLETON LAW GROUP

Dated: The 20 day of February 2009

Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs, Asis Internet Services
and Joel Householter

DEFENDANTS
SLOTE + LINKS

Dated: The 22 day of February 2009

By: ROBERT D. LINKS (SBN 61914)

Attorneys for Defendants

SUMMER BAY PARTNERSHIP
BRYANSTONE LC
ORLANDO INVESTMENTS, LLP.
CROWN DIVERSIFIED INDUSTRIES CORP.
GEMINI CONSULTING GROUP, INC.
JOE H. SCOTT, SR.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge