Robert D. Links (SBN 61914)
  Email: bo@slotelaw.com
Adam G. Slote (SBN 137465)
  Email: adam@slotelaw.com
**SLOTE & LINKS**
100 Pine Street, Suite 750
San Francisco, CA 94111
 Telephone:    (415) 393-8001
 Fax:          (415) 294-4545

Richard J. Capriola, *Pro Hac Vice*
  Email: rcapriola@wslaw.net
James R. Fletcher, II, *Pro Hac Vice*
  Email: jfletcher@wslaw.net
**WEINSTOCK & SCAVO, PC**
3405 Piedmont Road NE, Suite 300
Atlanta, GA 30305
 Telephone:    (404) 231-3999
 Fax:          (404) 231-1618

Attorneys for Defendants Summer Bay Partnership,
Bryanstone L.C., Orlando Investments, L.L.P.,
Crown Diversified Industries Corp.,
Gemini Consulting Group, Inc., and Joe H. Scott, Sr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and<br>JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs<br>vs.<br><br>SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT;<br>BRYANSTONE L.C., a Florida Limited Liability Company;<br>ORLANDO INVESTMENTS, L.L.P., a Missouri Limited Liability Partnership;<br>CROWN DIVERSIFIED INDUSTRIES CORP., a | No.: 3:09-cv-00005-CRB<br><br>**NOTICE OF TENTATIVE SETTLEMENT & REQUEST TO TAKE  PENDING MOTION TO DISMISS OFF CALENDAR WITHOUT PREJUDICE**<br><br>**Upcoming Motion Hearing Date: June  19, 2009<br>Courtroom 8, 19th Floor<br>Judge:  Hon. Charles R. Breyer** |

-1-

Notice of Tentative Settlement - 3:09-cv-00005-CRB

-2-

    Missouri Corporation;
GEMINI CONSULTING GROUP, INC., a Missouri
    Corporation;
JOE H. SCOTT, SR.; and
DOES ONE through FIFTY, inclusive,

    Defendants.

PLEASE TAKE NOTICE that the parties have reached a tentative settlement and are in the process of finalizing and executing appropriate documentation of their agreement. The parties anticipate that the settlement will be finalized prior to the pending hearing date on defendants' motion to dismiss, which is scheduled for June 19, 2009.

Given the forgoing circumstances, defendants request that the court remove the pending hearing date from the calendar without prejudice. The undersigned represents to the Court that he has been informed that plaintiffs' counsel has no opposition to this request.

Dated: June 12, 2009

**SLOTE & LINKS**

By:_____
    Adam G. Slote
Attorneys for Defendants

**Certificate of Service:** I hereby certify that I have today electronically filed the foregoing document via the ECF system which will provide electronic notice to Plaintiff's counsel by email to Jason@singletonlawgroup.com and rgabowski@mckinleyville.net.

s/ Adam G. Slote