1  Robert D. Links (SBN 61914)
     Email: bo@slotelaw.com
2  Adam G. Slote (SBN 137465)
     Email: adam@slotelaw.com
3  **SLOTE & LINKS**
   100 Pine Street, Suite 750
4  San Francisco, CA 94111
    Telephone:    (415) 393-8001
5   Fax:          (415) 294-4545

6  Richard J. Capriola, *Pro Hac Vice*
     Email: rcapriola@wslaw.net
7  James R. Fletcher, II, *Pro Hac Vice*
     Email: jfletcher@wslaw.net
8  **WEINSTOCK & SCAVO, PC**
   3405 Piedmont Road NE, Suite 300
9  Atlanta, GA 30305
    Telephone:    (404) 231-3999
10  Fax:          (404) 231-1618

11 Attorneys for Defendants Summer Bay Partnership,
   Bryanstone L.C., Orlando Investments, L.L.P.,
12 Crown Diversified Industries Corp.,
   Gemini Consulting Group, Inc., and Joe H. Scott, Sr.

13

14                UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET, <br><br>Plaintiffs <br>vs. <br><br>SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT; <br>BRYANSTONE L.C., a Florida Limited Liability Company; <br>ORLANDO INVESTMENTS, L.L.P., a Missouri Limited Liability Partnership; <br>CROWN DIVERSIFIED INDUSTRIES CORP., a | No.: 3:09-cv-00005-CRB <br><br>**NOTICE OF TENTATIVE SETTLEMENT & REQUEST TO TAKE PENDING MOTION TO DISMISS OFF CALENDAR WITHOUT PREJUDICE** <br><br>**Upcoming Motion Hearing Date: June 19, 2009** <br>**Courtroom 8, 19th Floor** <br>**Judge: Hon. Charles R. Breyer** |

Missouri Corporation;
GEMINI CONSULTING GROUP, INC., a Missouri Corporation;
JOE H. SCOTT, SR.; and
DOES ONE through FIFTY, inclusive,

    Defendants.

PLEASE TAKE NOTICE that the parties have reached a tentative settlement and are in the process of finalizing and executing appropriate documentation of their agreement. The parties anticipate that the settlement will be finalized prior to the pending hearing date on defendants' motion to dismiss, which is scheduled for June 19, 2009.

Given the forgoing circumstances, defendants request that the court remove the pending hearing date from the calendar without prejudice. The undersigned represents to the Court that he has been informed that plaintiffs' counsel has no opposition to this request.

Dated: June 12, 2009

**SLOTE & LINKS**

By:_____
    Adam G. Slote
Attorneys for Defendants

Signed: June 15, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-

Notice of Tentative Settlement - 3:09-cv-00005-CRB