**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>      Plaintiffs,<br>vs.<br><br>SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT, BRYANSTONE L.C., a Florida Limited Liability Company, ORLANDO INVESTMENTS, L.L.P., a Missouri Limited Liability Partnership, CROWN DIVERSIFIED INDUSTRIES CORP., a Missouri Corporation, GEMINI CONSULTING GROUP, INC., a Missouri Corporation, JOE H. SCOTT, SR., and DOES ONE through FIFTY, inclusive,<br><br>      Defendants. | Case No. CV-09-0005 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |

Plaintiffs **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER** and Defendants **SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT, BRYANSTONE L.C., ORLANDO INVESTMENTS, L.L.P., CROWN DIVERSIFIED INDUSTRIES CORP., GEMINI CONSULTING GROUP, INC., and JOE H. SCOTT, SR.**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and

costs.

2. The Court is requested to retain jurisdiction over this matter such that the settlement agreement maybe reduced to a Judgment, if necessary, on motion of either party.

3. Accordingly, the Parties jointly request the Court dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 5, 2009      /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski,
Attorneys for Plaintiffs, **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

**WEINSTOCK & SCAVO, PC**

Dated: August 5, 2009      /s/ Richard J. Capriola
Richard J. Capriola, Attorneys for Defendants
**SUMMER BAY PARTNERSHIP, dba SUMMER BAY RESORT, BRYANSTONE L.C., ORLANDO INVESTMENTS, L.L.P., CROWN DIVERSIFIED INDUSTRIES CORP., GEMINI CONSULTING GROUP, INC., and JOE H. SCOTT, SR.**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET SERVICES, et al., vs. SUMMER BAY PARTNERSHIP, et al.</u>, Case Number C-09-0005 CRB, is dismissed with prejudice with each party to bear its own attorneys fees and costs.

2. The Court retains jurisdiction over the matter for purposes of enforcing the settlement agreement, by reducing same to Judgment, if necessary, upon law and motion by either party.

Dated: 08/06/09      _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE